UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22053-CIV-WILLIAMS

MATTHEW WEBB, *et al.*

    Plaintiffs,

vs.

ANITA P. SHARMA,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris McAliley's Report and Recommendation (the "Report") (DE 20) on Plaintiffs' Motion to Remand (the "Motion") (DE 8). In the Report, Judge McAliley explains that Defendant proffered undisputed evidence showing that Plaintiffs' total losses exceed $75,000 at the time of the removal. (DE 20 at 4). Accordingly, Judge McAliley recommends that the Motion (DE 8) be **DENIED**. The Parties did not file objections to the Report and the time to do has now passed. Accordingly, upon an independent review of the Report, the Motion, and the Record, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 20) are **AFFIRMED AND ADOPTED**.

2. Plaintiffs' Motion to Remand (DE 8) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>27th</u> day of October, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE